IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Criminal No. 09-248 |
| | ) |
| WILLIAM W. KACENSKY, | ) |
| | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 27th day of August, 2009, upon consideration of Defendant's <u>pro se</u> Motion to Transfer Case to U.S. District Court of Springfield, Massachusetts (Document No. 9) filed in the above captioned matter on August 27, 2009,

IT IS HEREBY ORDERED that said Motion is DENIED. Although the defendant has stated in writing that he wishes to plead guilty to the charge set forth in the above captioned matter and waives trial in this district, and has consented to the court's disposing of the case in the transferee district (<u>see</u> Fed. R. Crim. P. 20(a)), the United States attorneys in both districts have not approved the requested transfer in writing. <u>See</u> Fed. R. Crim. P. 20(b). Therefore, the Court has no authority to transfer this case.

s/Alan N. Bloch
United States District Judge

ecf:     Counsel of record

cc:      William W. Kacensky
         Inmate No. W94412
         Massachusetts Correctional Institution
         965 Elm Street
         Concord, MA 01742